**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> ARUBAANSE LUCHTVAART MAATSCHHAPPIJ N.V., INC. d/b/a ARUBA AIRLINES, <br><br> Defendants. | Civil Action No. _____ <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> **INJUNCTIVE RELIEF SOUGHT** |

## NATURE OF ACTION

This is an action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, as amended, including by the Pregnancy Discrimination Act of 1978, 42 U.S.C. § 2000e(k); and Title I of the Civil Rights Act of 1991; and 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex (female) and to provide appropriate relief to Charging Party Belisa Gomez who was adversely affected by such practices. As alleged with greater specificity below, Plaintiff the United States Equal Employment Opportunity Commission alleges that Defendant Arubaanse Luchtvaart Maatschhappij Nv, Inc. d/b/a Aruba Airlines discriminated against Gomez by terminating her employment because of her pregnancy, a condition of her sex (female).

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of

Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Florida.

## PARTIES

3. Plaintiff U.S. Equal Employment Opportunity Commission (the "Commission" or "the EEOC") is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. Defendant Arubaanse Luchtvaart Maatschhappij Nv, Inc. d/b/a Aruba Airlines ("Aruba Air") is a Florida corporation registered to do business in Florida and at all relevant times did business in Florida and employed at least 15 employees.

5. At all relevant times, Aruba Air was an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## CONDITIONS PRECEDENT

6. More than thirty days prior to the institution of this lawsuit, Charging Party Belisa Gomez ("Charging Party" or "Gomez") filed a Charge of Discrimination with the Commission alleging that Aruba Air violated Title VII by discriminating against her on the basis of sex.

7. The Commission issued a Letter of Determination on August 2, 2022, finding reasonable cause to believe that Aruba Air terminated Charging Party based on her sex.

8. Prior to initiating this lawsuit, the Commission attempted to correct the unlawful

employment practices alleged herein through informal methods of conciliation, conference, and persuasion, to remedy the discriminatory practices and provide appropriate relief. The Commission was unable to secure from Aruba Air a conciliation agreement acceptable to the Commission.

9. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF FACTS

10. Charging Party Belisa Gomez is female.

11. Gomez was hired by Aruba Air on October 9, 2017 as a Financial Analyst.

12. As of February 1, 2018, Gomez had completed her 90-day probationary period and received a salary increase.

13. In late April 2018, Gomez learned she was pregnant.

14. Over the next two months, Gomez presented Aruba Air with multiple doctor's notes indicating she was pregnant.

15. On June 15, 2018, Aruba Air terminated Gomez's employment because of her pregnancy.

16. Because of Aruba Air's unlawful termination Gomez was harmed and suffered damages.

## STATEMENT OF CLAIMS

17. As set forth in paragraphs 10-16, Defendant Aruba Air engaged in unlawful employment practices, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1), by terminating Charging Party Belisa Gomez because of her pregnancy, a condition of her sex (female).

18. The effect of the practices complained of in paragraphs 10-16 has been to deprive

her of equal employment opportunities because of her sex.

19. The unlawful employment practices complained of in paragraphs 10-16 were intentional and caused Charging Party Gomez to suffer emotional distress including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation.

20. The unlawful employment practices complained of in paragraphs 10-16 were done with malice or with reckless indifference to the federally protected rights of Charging Party Gomez.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Declare that Aruba Air violated Title VII by discriminating against Charging Party Belisa Gomez based on her sex;

B. Grant a permanent injunction enjoining Aruba Air, its officers, agents, servants, managers, employees, and all persons in active concert or participation with them, from making employment decisions (including hiring, firing, and promoting) based on sex (female);

C. Order Aruba Air to institute and carry out policies, practices, and programs which provide equal employment opportunities for women and which eradicate the effects of its past and present unlawful employment practices;

D. Order Aruba Air to make Charging Party Gomez whole by providing appropriate back-pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the Aruba Air's unlawful employment practices including but not limited to reinstatement and/or front pay;

E. Order Aruba Air to make Charging Party Gomez whole, by providing compensation for past and future pecuniary and non-pecuniary losses resulting from the unlawful

employment practices described above, including, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial;

  F. Order Aruba Air to pay Charging Party Gomez punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial;

  G. Grant such further relief as the Court deems necessary and proper in the public interest; and

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Date: February 14, 2023

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

GWENDOLYN YOUNG REAMS
Acting General Counsel
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, N.E.
Washington, DC 20507

*s/ Carter M. Sox*
CARTER M. SOX
Florida Bar No. 116907
Carter.sox@eeoc.gov
ROBERT E. WEISBERG
Regional Attorney
Florida Bar No. 285676
Robert.weisberg@eeoc.gov
U.S. Equal Employment
Opportunity Commission
Miami District Office
Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
(786) 648-5851